# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ADMIRAL INSURANCE COMPANY, a Delaware Corporation,

        Plaintiff,

vs

BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; P&A HOLDINGS, INC., a California Corporation; VICTORIA WILKINS, a California resident,

        Defendants.

FILED
08 JUN 23 PM 12:39
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA.
BY: ECL DEPUTY

## SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1103 JM RBB

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert D. Hoffman (SBN 123458)
Charlston, Revich & Wollitz LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067

Telephone: (310) 551-7000
Facsimile: (310) 203-9321
E-mail: rhoffman@crwllp.com

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 2 3 2008

W. Samuel Hamrick, Jr.
CLERK

DATE

By  S.R. LLOYD , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S