UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; P&A HOLDINGS, INC., a California Corporation; VICTORIA WILKINS, a California resident,<br><br>Defendants. | CASE NO. 08-CV-1103-JM (RBB)<br><br>**ORDER GRANTING EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE [DOC. NO. 9]** |
| ALL RELATED ACTIONS. | |

On *ex parte* application of defendants, counter-complainants and third-party plaintiffs, BLUE HAVEN NATIONAL MANAGEMENT, INC. and P&A HOLDINGS, INC., and for good cause shown, the Early Neutral Evaluation Conference scheduled in this matter for October 24, 2008 is continued until November 13, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED: October 14, 2008

_____
Hon. Ruben B. Brooks
U.S. District Magistrate Judge

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

878502.1                                                                 Case No. 08-CV-1103-JM (RBB)