UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; P&A HOLDINGS, INC., a California Corporation; VICTORIA WILKINS, a California resident,<br><br>    Defendants.<br><br>AND RELATED ACTIONS | Case No.: 3:08 CV 1103 JM RBB<br><br>**ORDER FOR DISMISSAL OF CLAIMS AGAINST VICTORIA WILKINS WITHOUT PREJUDICE**<br><br>Doc. No. 12 |

   Based upon the stipulation of the parties for the dismissal of the claims asserted by plaintiff Admiral Insurance Company against defendant Victoria Wilkins, and good cause appearing therefor,

   IT IS HEREBY ORDERED that the claims of plaintiff Admiral Insurance Company against defendant Victoria Wilkins are dismissed without prejudice, with each party to bear its own fees and costs.

   IT IS SO ORDERED.

DATED: October 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge