UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; P&A HOLDINGS, INC., a California Corporation; VICTORIA WILKINS, a California resident,<br><br>          Defendants.<br>_____<br><br>BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; and P&A HOLDINGS, INC., a California Corporation,<br><br>          Cross-Complainants,<br><br>     v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware Corporation; CRUMP FINANCIAL SERVICES, INC.; and G.S. LEVINE INSURANCE SERVICES,<br><br>          Cross-Defendants.<br>_____<br><br>(Caption continued on next page) | Case No.: 08 CV 1103 JM RBB<br><br>**ORDER FOR DISMISSAL OF CLAIMS AGAINST LARRY KATZ WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | ADMIRAL INSURANCE COMPANY, a Delaware Corporation, )
| 2 | )
| 3 | Counterclaimant, )
| | v. )
| 4 | )
| 5 | BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; and P&A HOLDINGS, INC., )
| 6 | )
| 7 | Counterdefendants. )
| 8 | ———————————————— )
| 9 | ADMIRAL INSURANCE COMPANY, a Delaware Corporation, )
| 10 | Fourth-Party Plaintiff, )
| 11 | v. )
| 12 | LARRY KATZ, a California resident, )
| 13 | Fourth-Party Defendant. )

Based upon the stipulation of the parties for the dismissal of the claims asserted by fourth-party plaintiff Admiral Insurance Company against fourth-party defendant Larry Katz, and good cause appearing therefor,

IT IS HEREBY ORDERED that all of the claims of fourth-party plaintiff Admiral Insurance Company against fourth-party defendant Larry Katz are dismissed without prejudice as follows:

1. Katz shall be bound by all orders, findings, conclusions, determinations, decrees, stipulations, judgments, settlements and/or agreements made or entered into between any parties in this action ("Action") in the same manner and to the same extent as if Katz had been a party to such Action and/or a party to any settlement agreement.

2. All parties shall bear their own costs and attorney fees in connection with the dismissal, without prejudice, of the claims against Katz.

3. All statutes of limitations, statutes regarding the prosecution of claims or the time

within which a trial must be held or judgment must be entered, and all defenses based on delay and prosecution (collectively "Statutes of Limitations") with respect to claims of Admiral against Katz provided for by law, equity or judicial decision shall be tolled.  In the event that Admiral re-files or renews the Action, or any claims in connection with the Action, in the future against Katz, the period from October 15, 2008 up to and including the date of re-filing the renewal of the Action, shall not be included for purposes of computing the applicable time periods for Statutes of Limitations.  This tolling provision shall not in any way serve to extend any Statutes of Limitations that had already run as of and including October 15, 2008.

4. This Order does not pertain to any other parties in the Action, and all such other parties remain as parties to the Action.

IT IS SO ORDERED.

DATED:  November 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge