UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE HAVEN NATIONAL MANAGEMENT, INC., a California Corporation; P&A HOLDINGS, INC., a California Corporation; VICTORIA WILKINS, a California resident,<br><br>    Defendants. | Case No.: 08 CV 1103 JM RBB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Doc. No. 27 |
| AND RELATED ACTIONS | |

Based upon the joint motion of the parties (Doc. No. 27), and good cause appearing therefor, this action is hereby **DISMISSED** in its entirety, with prejudice, as to all parties and claims, with each party to bear its own fees and costs. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: January 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge